U.S.UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KENAL ORTEGA, JACQUELINE NUNEZ, *and* SARA CACERES,

*Plaintiffs,*

– against –

ENVIROTECH PRESERVATION INC, ENVIROTECH MOLD SPECIALISTS, LLC, AARON PORGEZ, *and* ISAAC BARHORIN,

*Defendants.*

**ORDER**
25-cv-02197 (NCM) (SDE)

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation dated July 6, 2026, from the Honorable Seth D. Eichenholtz, United States Magistrate Judge, recommending that defendants' motion to dismiss plaintiff Jacqueline Nunez's claims for failure to prosecute be granted. ECF No. 52. No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, defendants' motion to dismiss for lack of prosecution, ECF No. 44, is granted. All claims brought by plaintiff Nunez are dismissed with prejudice for failure to prosecute. The Clerk of the Court is respectfully directed to enter judgment as to Nunez. Plaintiffs' counsel is directed to serve a copy of this Order and the Clerk's Judgment on Nunez and file proof of service on the docket no later than August 28, 2026.

**SO ORDERED.**

*/s/ Natasha C. Merle*
NATASHA C. MERLE
United States District Judge

Dated: August 21, 2026
Brooklyn, New York